**Electronically Filed
Supreme Court
SCWC-19-0000439
22-JUN-2021
02:08 PM
Dkt. 27 ODMR**

SCWC-19-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

THEO PEDRO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000439; CASE NO. 2FFC-18-0000252(4))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Wilson, and Eddins JJ., and Recktenwald, C.J.,
dissenting, with whom Nakayama, J., joins)

Upon consideration of Respondent/Plaintiff-Appellee State of Hawaiʻi's Motion for Reconsideration of June 4, 2021 Majority Opinion, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawaiʻi, June 22, 2021.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

